IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 09-cr-00497-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      **RICK GLEN STRANDLOF**
        **aka RICK DUNCAN,**

        Defendant.

___

**MOTION TO ALLOW FILING OF *AMICUS CURIAE* THE MORNING
OF TUESDAY, JANUARY 19, 2010**

___

        Rick Strandlof, by and through his counsel, Assistant Federal Public Defender Robert W. Pepin, hereby moves this Court to allow filing of *amicus curiae* brief on or before 9:00 a.m. on Tuesday, January 19, 2010. At the time counsel requested filing be allowed on or before January 18, 2010, he did not keep in mind that Monday, January 18, 2010, is Martin Luther King, Jr. day. Of course, the Court and defense counsel's office will be closed on that day. The amicus brief will be ready to be filed by counsel, however, based on the above-stated facts there will be no one available in the office on that day to receive and then electronically file the brief. Since the motion and brief will be available at the Public Defender's Office at the end of the day of January 18, 2010, it can be filed the first thing in the morning on Tuesday, January 19, 2010.

WHEREFORE, counsel requests that the court allow filing of *amicus curiae* documents on or before 9:00 a.m. the morning of Tuesday, January 19, 2010.

        Respectfully submitted,

        RAYMOND P. MOORE
        Federal Public Defender


        s/ Robert W. Pepin
        ROBERT W. PEPIN
        Office of the Federal Public Defender
        633 - 17th Street, Suite 1000
        Denver, Colorado   80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        E-mail:  Robert_Pepin@fd.org
        Attorney for Defendant

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that on January 14, 2010, I electronically filed the foregoing

<b>MOTION TO ALLOW FILING OF <i>AMICUS CURIAE</i> THE MORNING OF TUESDAY, JANUARY 19, 2010</b>

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Jeremy S. Sibert, Assistant U.S. Attorney
    Jeremy.Sibert@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Richard Glen Strandlof
    c/o Independence House

    s/ Robert W. Pepin
    ROBERT W. PEPIN
    Assistant Federal Public Defender
    Attorney for Defendant
    633 - 17th Street, Suite 1000
    Denver, Colorado 80202
    (303) 294-7002
    (303) 294-1192
    Robert_Pepin@fd.org