**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00497-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. RICK GLEN STRANDLOF,
      a/k/a Rick Duncan,

      Defendant.

**MINUTE ORDER**[1]

The matter comes before the court on the defendant's **Motion to Allow Filing of *Amicus Curiae* the Morning of Tuesday, January 19, 2010,** [#28] filed January 14, 2010. The motion is **GRANTED.**

Dated: January 15, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.