IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00497-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICK GLEN STRANDLOF,

    a/k/a/ Rick Duncan,

    Defendant.

---

**ORDER GRANTING MOTION OF EUGENE VOLOKH FOR
LEAVE TO FILE BRIEF AS *AMICUS CURIAE***

---

This matter comes before the court on the Motion of Eugene Volokh For Leave To File Brief as *Amicus Curaie*. After careful review of the Motion and the file,

IT IS ORDERED as follows:

1. The Motion is granted, and the Brief is accepted for filing.

DATED this ___ day of January, 2010.

                                      BY THE COURT:

                                      _____